**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

ASHLEY S.

     Plaintiff,

     v.                                     Case No. 4:23cv26 (EWH)

KILOLO KIJAKAZI,
Commissioner of Social Security,

     Defendant.

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on November 8, 2023. ECF No. 13. The time to file objections has expired and neither party has objected to the Report and Recommendation. Having reviewed the Report and Recommendation, and having considered the record and the Report and Recommendation and finding no error, it is hereby **ORDERED**:

(1)     The Report and Recommendation (ECF No. 13) is **ADOPTED** as the opinion of this Court.

(2)     The final decision of the Commissioner is **VACATED** and **REMANDED**.

(3)     This case is **DISMISSED**.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is **SO ORDERED**.

                                              /s/
                                  Elizabeth W. Hanes
                                  United States District Judge

Norfolk, Virginia
Date: November 28, 2023